**Order entered January 24, 2019**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-00163-CV
No. 05-18-00164-CV

**IN THE INTEREST OF M.A.A., A CHILD**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants' January 22, 2019 **sixth** motion to extend the deadline to file their briefs. The motion does not state the length of the extension sought, but explains the extension is necessary due to the death of appellant Mother's father, and the child's grandfather, on January 13, 2019.

Our order granting the last extension cautioned appellants that failure to file the briefs by January 22, 2019 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). In light of the circumstances, however, we **GRANT** the motion. Given that this appeal was filed February 13, 2018 and the brief was first due June 15, 2018, we **ORDER** the brief be filed **no later than February 11, 2019**. *We again caution appellants that failure to file the briefs may result in dismissal of the appeal without further notice. See id.* 38.8(a)(1), 42.3(b),(c).

/s/     BILL WHITEHILL
         JUSTICE